No. 95–7685. Johnson v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–7686. Jones, aka Hackett v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–7687. Murphy v. United States. C. A. 8th Cir. Certiorari denied.

No. 95–7688. Lewis v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–7691. Bethancourt v. United States. C. A. 3d Cir. Certiorari denied.

No. 95–7692. Salazar v. United States. Ct. App. D. C. Certiorari denied.

No. 95–7697. Dodds v. United States. C. A. 10th Cir. Certiorari denied.

No. 95–7699. Trout v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–7705. Norfus v. United States. C. A. 11th Cir. Certiorari denied.

No. 95–7710. Colberg v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–7717. Ross v. United States. C. A. 6th Cir. Certiorari denied.

No. 95–7727. Hale v. United States. C. A. 9th Cir. Certiorari denied.

No. 95–7732. Coe v. United States. C. A. 10th Cir. Certiorari denied.

No. 95–7740. Williams v. United States. C. A. 4th Cir. Certiorari denied.

No. 95–915. In re Aeroquip Corp. et al. C. A. 4th Cir. Certiorari denied. Justice Breyer took no part in the consideration or decision of this petition.

No. 95–1016. Quick v. National Auto Credit, Inc., fka Agency Rent-A-Car, Inc. C. A. 8th Cir. Motion of Kendrick